UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JESSE HSIEN CHUEH YAO,**

    **Plaintiff,**

v.                                     **Case No.: 8:24-CV-02877-MSS-NHA**

**UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, UNIVERSITY
OF SOUTH FLORIDA, LAKELAND
REGIONAL MEDICAL CENTER,
and STEPHANIE ANDERSON,**

    **Defendants.**
_____/

## DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL CERTIFICATE OF GOOD FAITH IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

In accordance with Local Rule 3.01(g), Defendants, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES and STEPHANIE ANDERSON, by and through their undersigned counsel, hereby give notice that the parties have conferred and Plaintiff does not oppose the relief requested in Defendants' Motion for Extension of Time to Respond to Complaint (Dkt. No. 11).

DATED: March 12, 2025.

                                                 Respectfully submitted,

                                                 */s/ Sacha Dyson*
                                                 SACHA DYSON
                                                 Lead Counsel
                                                 Florida Bar No. 509191
                                                 sdyson@bgrhlaw.com

BUSH GRAZIANO RICE
& HEARING, P.A.
100 S. Ashley Drive, Suite 1400
Tampa, Florida 33602
Tel: (813) 228-7000
Fax: (813) 273-0091
ATTORNEY FOR DEFENDANTS
UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES AND
STEPHANIE ANDERSON

2