UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Jesse Hsien Chueh Yao,

      *Plaintiff,*

v.                                                                   Case No. 8:24-cv-02877-MSS-NHA

University of South Florida Board of Trustees,
University of South Florida,
Lakeland Regional Health Medical Center
Stephanie Anderson

      *Defendant.*

## MOTION FOR LEAVE TO FILE CORRECTED OPPOSITION TO DEFENDANT LAKELAND REGIONAL HEALTH MEDICAL CENTER'S MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff Jesse Hsien Chueh Yao ("Plaintiff"), proceeding pro se, respectfully moves this Honorable Court for leave to file a corrected version of his Opposition to Defendant Lakeland Regional Health Medical Center's ("LRHMC") Motion to Dismiss Amended Complaint ("MTD"), and in support states as follows:

1. **Timely Filing of Original Opposition.**

    Plaintiff filed his original Opposition on April 1, 2025, within the time allowed under the applicable deadlines. The current deadline to file a response is April 2, 2025.

2. **Technical Corrections Only.**

    Following the original filing, Defendant's counsel notified Plaintiff of

citation-related errors in the brief. Plaintiff promptly corrected these issues. The corrected Opposition revises only citation formatting and updates certain case references to ensure accuracy and clarity. No substantive arguments, factual contentions, or legal conclusions have been altered.

3. **No Prejudice or Delay.**

Because the corrected version does not modify the substance of Plaintiff's arguments, allowing its filing will not prejudice Defendant or cause any delay in the proceedings. Instead, it will promote clarity and assist the Court in evaluating the properly cited legal authorities.

4. **Relief Requested.**

Accordingly, Plaintiff respectfully requests that the Court grant leave to file the attached Corrected Opposition to Defendant LRHMC's Motion to Dismiss Amended Complaint, attached hereto as Exhibit A.

**Respectfully submitted,**

By: */s/ Jesse H.C. Yao*
Jesse Hsien Chueh Yao
516 Monet Dr., Rockville, MD, 20850
(240) 888-7555 | jesseyao1995@gmail.com
Pro Se Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2025, I filed the foregoing Motion for Leave to File Corrected Opposition using the Court's Web Portal, and served a copy via email to Defendant's counsel at SSenn@petersonmyers.com.

 /s/ Jesse H.C. Yao
Jesse Hsien Chueh Yao
